IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gallo, Matthew Carlos

Printed: 11/25/08

Case Number: 05 B 45225
Judge: Goldgar, A. Benjamin
Filed: 10/6/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: November 7, 2008
Confirmed: November 22, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 36,956.14 |  |
| Secured: |  | 7,664.88 |
| Unsecured: |  | 25,410.43 |
| Priority: |  | 0.00 |
| Administrative: |  | 985.00 |
| Trustee Fee: |  | 1,962.03 |
| Other Funds: |  | 933.80 |
| Totals: | 36,956.14 | 36,956.14 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 985.00 | 985.00 |
| 2. | Nuvell Credit Company LLC | Secured | 7,664.88 | 7,664.88 |
| 3. | Metra | Unsecured | 132.36 | 378.16 |
| 4. | Portfolio Recovery Associates | Unsecured | 702.86 | 2,008.18 |
| 5. | Asset Acceptance | Unsecured | 639.66 | 1,827.61 |
| 6. | Peoples Energy Corp | Unsecured | 201.33 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 199.68 | 570.50 |
| 8. | Citizens Bank | Unsecured | 584.88 | 1,671.08 |
| 9. | Specialized Management Consultants | Unsecured | 271.37 | 775.33 |
| 10. | New Jersey Higher Education | Unsecured | 2,273.39 | 6,495.39 |
| 11. | Paragon Way Inc | Unsecured | 324.34 | 926.68 |
| 12. | T Mobile USA | Unsecured | 611.35 | 1,746.72 |
| 13. | Lincoln Tech | Unsecured | 184.69 | 527.68 |
| 14. | RoundUp Funding LLC | Unsecured | 186.83 | 533.80 |
| 15. | Paragon Way Inc | Unsecured | 131.03 | 374.38 |
| 16. | Verizon Wireless | Unsecured | 1,083.47 | 3,095.64 |
| 17. | Alexian Brothers Medical Center | Unsecured | 711.48 | 2,032.80 |
| 18. | Capital One | Unsecured | 266.18 | 760.51 |
| 19. | Resurgent Capital Services | Unsecured | 590.09 | 1,685.97 |
| 20. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 21. | Diagnostic Radiology | Unsecured |  | No Claim Filed |
| 22. | Charter One Bank | Unsecured |  | No Claim Filed |
| 23. | Charter One Bank | Unsecured |  | No Claim Filed |
| 24. | Cingular Wireless | Unsecured |  | No Claim Filed |
| 25. | Comcast | Unsecured |  | No Claim Filed |
| 26. | Bank First | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gallo, Matthew Carlos

Printed: 11/25/08

Case Number: 05 B 45225
Judge: Goldgar, A. Benjamin
Filed: 10/6/05

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Montgomery Ward & Co Inc | Unsecured | | No Claim Filed |
| 28. | First Premier | Unsecured | | No Claim Filed |
| 29. | Illinois Masonic Hospital | Unsecured | | No Claim Filed |
| 30. | Louis A Weiss Memorial Hosp | Unsecured | | No Claim Filed |
| 31. | Mid America Bank | Unsecured | | No Claim Filed |
| 32. | Mercy Hospital | Unsecured | | No Claim Filed |
| 33. | Filene's | Unsecured | | No Claim Filed |
| 34. | Lutheran General Hospital | Unsecured | | No Claim Filed |
| 35. | Blockbuster Video | Unsecured | | No Claim Filed |
| 36. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 37. | Sallie Mae | Unsecured | | No Claim Filed |
| 38. | Plains Commerce Bank | Unsecured | | No Claim Filed |
| 39. | Swedish Covenant Hospital | Unsecured | | No Claim Filed |
| 40. | Rush North Shore Medical Ctr | Unsecured | | No Claim Filed |
| 41. | St Lukes Hospital | Unsecured | | No Claim Filed |
| 42. | Sallie Mae | Unsecured | | No Claim Filed |
| 43. | Sallie Mae | Unsecured | | No Claim Filed |
| 44. | Sallie Mae | Unsecured | | No Claim Filed |
| 45. | Service Merchandise | Unsecured | | No Claim Filed |
| 46. | Sprint | Unsecured | | No Claim Filed |
| 47. | Primus Automotive | Unsecured | | No Claim Filed |
| 48. | St Francis Hospital | Unsecured | | No Claim Filed |
| 49. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 50. | TCF Bank | Unsecured | | No Claim Filed |
| 51. | United Credit Natl Bank | Unsecured | | No Claim Filed |
| 52. | Pathology Consultants Inc | Unsecured | | No Claim Filed |
| 53. | World Gym | Unsecured | | No Claim Filed |
| 54. | Village Of Buffalo Grove | Unsecured | | No Claim Filed |
| | | | $ 17,744.87 | $ 34,060.31 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 440.55 |
| 5% | 159.01 |
| 4.8% | 305.26 |
| 5.4% | 704.50 |
| 6.5% | 352.71 |
| | $ 1,962.03 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Gallo, Matthew Carlos | Case Number:  05 B 45225 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 11/25/08 | Filed:  10/6/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

